UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRIUMPH GLOBAL SECURITIES, LTD., ~~Plaintiff,~~ Petitioner

-v-

UMANN FUND MANAGEMENT, LLC,
PAUL UMANSKY, JEFFREY MANN, and
FINRA,

~~Defendant.~~ Respondents.

08 CV 7407

ECF CASE

Case No. 08 CV 7407 (JSR)

Rule 7.1 Statement

RECEIVED AUG 20 2008 U.S.D.C. S.D.N.Y. CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

TRIUMPH GLOBAL SECURITIES, LTD.,    (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

Date: 8/20/08

Signature of Attorney

Attorney Bar Code: AF3661

Form Rule7_1.pdf  SDNY Web 10/2007